IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD EDWARD LARUE JOHNSON, JR.,

       Plaintiff,

vs.

HARPER/COLLINS, ET AL., DELAWARE PRENTICE HALL CO. SYSTEM,

       Defendants.

Civ. No. 06-3036-AA

ORDER

AIKEN, Judge:

    Plaintiff, appearing *pro se*, filed a complaint against defendant HarperCollins Publishers L.L.C. alleging that defendant violated federal copyright and "Major League Baseball" antitrust laws by publishing his likeness without permission in a biography published by defendant in the early 1990s. On August 1, 2006, I granted defendant's motion to dismiss, finding that plaintiff abandoned his claims of antitrust and copyright violations, and that any claim based on a right of publicity was barred by the statute of limitations.

1 - ORDER

Defendant now moves for an award of attorney fees in the amount of $3,819.00 pursuant to 17 U.S.C. § 505, which grants the court discretion to award attorney fees to a prevailing party. Defendant argues that plaintiff's copyright claim was frivolous and objectively unreasonable, and that plaintiff recognized this fact when he abandoned his copyright claim. Although plaintiff's claim lacked merit, I decline to issue an award of attorney fees against a *pro se* plaintiff in this case.

## CONCLUSION

Defendant's motion for an award of attorney fees (doc. 21) is DENIED.

IT IS SO ORDERED.

Dated this 31 day of August, 2006.

_____
Ann Aiken
United States District Judge

2 - ORDER